UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY SEARS,<br><br>     Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>     Defendants. | Case No. C11-1998-JCC<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF - TRACEY SEARS, and on behalf of DEFENDANT - THE BOEING COMPANY, et al., in the amount of $1,618.10 and included in the judgment as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DEPOSITION COSTS. | $1,268.10 | -0- | $1,268.10 |

The clerk allowed the full cost for plaintiff's deposition used to support defendants' successful summary judgment motion.

| | | | |
|---|---|---|---|
| II.  COPY COSTS. | $207.45 | $207.45 | -0- |

Copying costs associated with the production of discovery materials are not taxable.

| | | | |
|---|---|---|---|
| III. FEES OF THE CLERK. | $350.00 | -0- | $350.00 |

The clerk has no discretion but to allow costs to the prevailing party. The relative financial positions of the parties cannot be taken into consideration by the clerk.

Dated this    4th    day of May, 2012.

William M. McCool, Clerk
U. S. District Court          By:    S/ Joseph Whiteley
                                     Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 1